UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:10CR463(JCH) |
| LORENZO CHAVEZ-DOMINGEZ, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that this case is set for trial on **November 8, 2010**, in the courtroom of the undersigned at 9 a.m.

Dated this 7th day of October, 2010

                                                          \s\ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE